**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6391**

ANTHONY WADE NELLIGAR,

Plaintiff - Appellant,

v.

C. BAILEY, Corrections Officer; CAPTAIN WYNNE, Captain C.O.; MAJOR LITTLE, Major C.O.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:25-cv-00585-LMB-IDD)

Submitted: September 18, 2025                    Decided: September 23, 2025

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Wade Nelligar, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Wade Nelligar appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b).  We have reviewed the record and discern no reversible error.  Accordingly, we deny Nelligar's motions for discovery and default judgment, and we affirm the district court's order.  *Nelligar v. Bailey*, No. 1:25-cv-00585-LMB-IDD (E.D. Va., Apr. 10, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*